**[J-103-2014]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 13 MAP 2014 |
| | : | |
| Appellee | : | Appeal from the Order of the Superior |
| | : | Court at Nos. 1870 and 1973 MDA 2012, |
| | : | dated August 28, 2013, affirming the |
| v. | : | Judgment of Sentence of the Franklin |
| | : | County Court of Common Pleas, Criminal |
| | : | Division at No. CP-28-CR-0000516-2010, |
| LARRY FRANCIS WEAVER, | : | dated June 13, 2012 |
| | : | |
| Appellant | : | ARGUED: November 19, 2014 |

**ORDER**

**PER CURIAM**                                        **DECIDED: December 1, 2014**

**AND NOW**, this 1st day of December, 2014, the order of the Superior Court is hereby **AFFIRMED**.